# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | | |
|---|---|---|
| EVERGREEN FLYING SERVICES, INC., ET AL. | * | CIVIL ACTION NO.  15-2574 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| THE TOWN OF RAYVILLE, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections and responses thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted and for those additional reasons set forth in the Court's Ruling,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion to dismiss [Doc. No. 7] filed by Defendants Town of Rayville, Mayor Harry Lewis, and James Smith is **GRANTED IN PART** and **DENIED IN PART**.  To the extent that Defendants move for the dismissal of Plaintiffs' federal law claims, the motion is **GRANTED**, and those claims are dismissed.  To the extent that Defendants move for the dismissal of Plaintiffs' state law claims, the motion is **DENIED**.  The Court declines to exercise supplemental jurisdiction over the state law claims.

**IT IS FURTHER ORDERED** that Plaintiffs' state law claims are **REMANDED** to the Fifth Judicial District Court for the Parish of Richland, State of Louisiana.  The Clerk of Court is directed to certify a copy of this judgment and forward the same to the Clerk of the Fifth Judicial

District Court for the Parish of Richland, State of Louisiana.

MONROE, LOUISIANA, this 19th day of May, 2016.

**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**